28,942-18

COVER LETTER    MARCH 8TH, 2015

DEAR CLERK:

PLEASE FIND ENCLOSED A "PRECONVICTION APPLICATION FOR WRIT OF HABEAS CORPUS INCORPORATED WITH A WRIT OF MANDAMUS." THIS APPLICATION DOESNOT CHALLENGE ANY CONVICTION BUT INSTEAD CHALLENGES "ILLEGAL AND UNCONSTITUTIONAL RESTRAINTS" THAT THE TRIAL COURT'S ACTION HAS PLACED UPON MY FEDERAL CONSTITUTIONAL RIGHTS ALL OF WHICH THIS COURT OF CRIMINAL APPEALS OF TEXAS HAS EXCLUSIVE JURISDICTION UNDER ARTICLE 5, SECTION 5 OF THE TEXAS CONSTITUTION TO REMOVE SUCH RESTRAINTS. ENCLOSED IS A SELF-ADDRESSED STAMPED ENVELOPE FOR YOUR CONVENIENCE: WOULD YOU PLEASE SEND ME A FILE STAMPED MARK COPY OF THE FIRST PAGE OF THIS APPLICATION ONCE YOU RECEIVE IT.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 01 2015

Abel Acosta, Clerk

THANK YOU KINDLY
IN ADVANCE,

DAVID LORENZA JOYNER
#00508718
1200 BAKER STREET
HARRIS COUNTY SHERIFF'S OFFICE
HOUSTON, TEXAS 77002

## IN THE COURT OF CRIMINAL APPEALS OF

## TEXAS

EX PARTE

DAVID LORENZA JOYNER

VS.

THE 351ST JUDICIAL DISTRICT

COURT OF HARRIS COUNTY, TEXAS

CAUSE NUMBER: 1446567      ET AL

WRIT NUMBER
CLERK'S DUTY

BEFORE THIS COURT IN AN
ORIGINAL PRECONVICTION APPLICATION FOR
WRIT OF HABEAS CORPUS INCORPORATED
WITH A WRIT OF MANDAMUS, AND REQUEST
THAT THIS COURT REQUEST THE SUPREME
COURT OF TEXAS TO ASSIGN A JUDGE
TO CONDUCT A COURT OF INQUIRY
AGAINST THE 351ST JUDICIAL DISTRICT
COURT OF HARRIS COUNTY, TEXAS AND
ALL DISTRICT COURTS IN HARRIS COUNTY
TEXAS WITH CRIMINAL LAW JURISD-
ICTION FOR "OFFICIAL OPPRESSION"

TO THE HONORABLE JUDGES OF THE COURT OF
CRIMINAL APPEALS OF TEXAS

RESPECTFULLY MOVING IN THE SPIRIT OF GOOD FAITH
AND PROFESSIONALISM WITH LOYALTY TOWARDS
THE DIGNITY OF THIS COURT IS DAVID

LORENZA Joyner A PRETRIAL DETAINEE
ALLEGING THAT HE'S IN CUSTODY OF SHERIFF
ADRIAN GARCIA OF HARRIS COUNTY, TEXAS
BEING ILLEGALLY RESTRAINED FROM EXERCISING
HIS CONSTITUTIONAL RIGHTS TO SELF-REPRESENTATION,
TO AN IMPARTIAL TRIBUNAL, AND TO ALL THE
TOOLS AND INSTRUMENTS OF BUILDING AN
EFFECTIVE DEFENSE: SUCH AS, BUT NOT LIMITED
TO, COMPULSORY PROCESS TO PRODUCE WITNESSES
AND DOCUMENTED EVIDENCE, TO EXPERT WITNESSES
SUCH AS INVESTIGATOR, DNA EXPERT, PSYCHIATRIST,
AND PHYSICIAN TO INTERVIEW WITNESSES
AND ASSIST IN EVALUATING THE STATE'S
CASE/ EVIDENCE, AND IN PREPARATION AND
PRESENTATION OF MY DEFENSES. FURTHER THAT
THE MOVING FORCES BEHIND THE ILLEGAL
RESTRAINTS ARE ESTABLISHED PROCEDURES
AND PRACTICES HERE IN HARRIS COUNTY,
TEXAS, DISTRICT COURTS WITH CRIMINAL
LAW JURISDICTION TAKING PLACE CONSISTENTLY
AND OVERTIME THATS DESIGNED TO:
(i) INTIMIDATE ALL ACCUSED DEFENDANTS WHO
INVOKE SELF-REPRESENTATION (ii) RETALIATE
AGAINST ALL ACCUSED DEFENDANTS WHO INVOKE
SELF-REPRESENTATION (iii) DISCRIMINATE
AGAINST ALL ACCUSED DEFENDANTS WHO INVOKE
SELF-REPRESENTATION (iv) PUNISH ALL ACCUSED
DEFENDANTS WHO INVOKE SELF-REPRESENTATION

# I.

## JURISDICTION AND DUTY TO PROTECT

THIS COURT HAS JURISDICTION TO ENTERTAIN THIS HABEAS CORPUS / WRIT OF MANDAMUS PETITION BY VIRTUE AND AUTHORITY OF VERNON'S ANN. TEX., CONST. ARTS. 1, SEC. 12; V, SECTION 5; VERNON'S ANN. TEX. C. CRIM. PROC. ARTS. 4.04, 11.01 - 11.04, AND DUTY TO PROTECT AS RECOGNIZED BY THE UNITED STATES SUPREME COURT IN FAY V. NOIA, 83 S. Ct. 822 AT: 828 - 838 THAT STATE COURTS, EQUALLY WITH FEDERAL COURTS, ARE CHARGE WITH DUTY OF PROTECTING AN ACCUSED IN THE ENJOYMENT OF HIS CONSTITUTIONAL RIGHTS." WHICH INCLUDES "THE MOST IMPORTANT WRIT KNOWN TO THE CONSTITIONAL LAW OF ENGLAND, AFFORDING AS IT DOES A SWIFT AND IMPERATIVE, REMEDY, IN ALL CASES OF ILLEGAL RESTRAINT OR CONFINEMENT, AND MAKING ITS WAY INTO OUR OWN JURISPRUDENCE IN 1789 'SERVING THESE SAME PURPOSES' AND IMPOSING A HIGH DUTY MAINTAINING IT UNIMPAIRED." SEE TOO: FEDERAL COURT'S HABEAS CORPUS PRACTICE TITLE 28 USCA SECTIONS 2241 - 2254; UNITED STATES CONSTITUTION ARTICLE 1, SECTION 9, CLAUSE 2.

## II.

BACKGROUND AND PROCEDURAL HISTORY OF THE CASE:

A.) THE APPLICANT MYSELF WAS CONVICTED IN COURT 174 IN 2011 AND SENTENCED TO TDCJ-CID FOR 15 YEARS, AND ENTERED TDCJ-CID IN 2011. THAT CONVICTION IS NOT BEING CHALLENGED IN THIS APPLICATION.

(i) WHILE IN TDCJ-SERVING THE SAID SENTENCE I WAS BENCH WARRANTED BACK HERE TO HARRIS COUNTY, NOVEMBER OF 2014 TO FACE CHARGE OF "SEXUAL ASSAULT" IN COURT 351: CAUSE NUMBER 1446567 WHICH IS THE SUBJECT OF THIS APPLICATION.

## III.

### FACTS

(i) ON NOVEMBER 18TH, 2014 I APPEARED IN COURT 351 BEFORE HONORABLE JUDGE MARK ELLIS AND INFORMED THE SAID THAT I WAS INVOKING SELF-REPRESENTATION AND SAID RESPONDENT REFUSED TO CONDUCT A "FARETTA" HEARING.

(ii) ON DECEMBER 18TH, 2014 I APPEARED IN COURT 351 BEFORE HONORABLE JUDGE MARK ELLIS AGAIN, AND INFORMED THE SAID THAT I WAS INVOKING SELF-REPRESENTATION, AND AT SUCH TIME

4-OF-11

HAND DELIVERED A MOTION LABALLED "DEFENDANT'S MOTION FOR SELF-REPRESENTATION AND ADEQUATE, EFFECTIVE, AND MEANINGFUL ACCESS TO THE COURTS" THE SAID MOTION SPECIFIED MY EXPERIENCE [ OVER 25 YEARS EXPERIENCE IN CIVIL AND CRIMINAL LAW RESEARCH AND LITIGATION, AND PREVIOUS SUCCESSFUL SELF-REPRESENTATION IN COUNTIES THROUGHOUT TEXAS ], AND FURTHER SPECIFIED MY NEED TO EXPERT WITNESSES, AND RESPONDENT REFUSED TO HOLD A FARETTA HEARING.

(iii) ON FEBRUARY THE 6TH 2014 I APPEARED AGAIN IN COURT AND RESPONDENT AGAIN FAILED TO HOLD A FARETTA HEARING.

(iv) ON FEBRUARY 12TH 2014 RESPONDENT HAD ME BROUGHT OVER TO HIS COURT ROOM TO HAVE DNA SWAB TAKEN FROM ME BY A HPD DETECTIVE WHOM HAD HAD AN EX PARTE HEARING WITH RESPONDENT TO CONVINCE RESPONDENT TO ISSUE A WARRANT FOR A DNA SWAB FROM ME, AND AT SUCH TIME I INFORMED RESPONDENT THAT I WAS INVOKING SELF-REPRESENTATION AND NEED EXPERT WITNESSES AND PHYSICAL ACCESS TO THE LAW LIBRARY, AND RESPONDENT REFUSED TO HOLD A FARETTA HEARING;

5-OF-11

(V.) SINCE THEN I HAVE BEEN BACK BEFORE THE RESPONDENT TWICE MORE AND HE HAS REFUSED TO HOLD ANY FARETTA HEARING, AND I INFORMED RESPONDENT ON EACH OCCASION THAT I DONGT CONSENT TO ANY ATTORNEY BEING APPOINTED TO REPRESENT ME, AND THE CLERK OF COURT REFUSES TO ACCEPT FOR FILING ANY OF MY MOTIONS SAYING TO ME THE JUDGE HASNOT GRANTED YOU SELF-REPRESENTATION UNTIL HE DOES YOU MUST GIVE TO YOUR ATTORNEY APPOINTED ANY MOTIONS YOU THINK NEEDS TO BE FILED.

CONCLUSIONS

APPLICANT HAS STOCKED PILES OF DOCUMENT EVIDENCE AND DOZENS OF PEOPLE READY TO TESTIFY THAT THE REFUSAL TO HOLD A FARETTA HEARING AND REFUSAL TO HONOR OR RESPECT ACCUSEDS SELF-REPRESENTATION IS NOT ISOLATED INCIDENT BUT INSTEAD IS TAKING PLACE CONSISTENTLY AND OVER TIME IN EVERY DISTRICT COURT IN HARRIS COUNTY, WITH CRIMINAL LAW JURISDICTION.

6-OF-11

AND THAT INCLUDES, WHERE THESE DISTRICT COURTS DESCRIBED, EVEN AFTER SELF-REPRESENTATION IS GRANTED. THE ENTIRE CRIMINAL JUSTICE ADMINISTRATION FROM THE COURTROOMS TO THE JAILS. OFFICIALS ALL BEGIN TO DO THINGS TO OBSTRUCT OR DELAY MOTIONS AND PRETRIAL APPLICATIONS FOR WRIT OF HABEAS CORPUS FROM BEING HEARD. OUR EVIDENCE IN LARGE VOLUMES SHOW THAT THIS BEEN TAKEN PLACE SINCE 1993/1994 ONWARD SO OPPRESSIVELY THAT BACK IN 1996 THIS COURT OF CRIMINAL APPEALS OF TEXAS ORDERED TDCJ TO IMMEDIATELY RELEASE ME BECAUSE THE 183rd DISTRICT COURT OF HARRIS COUNTY TEXAS IN RETALIATION OF MY INVOKING SELF-REPRESENTATION HAD ME ILLEGALLY TRANSFERED INTO TDCJ EVEN THOUGH MY PUNISHMENT/ SENTENCE HAD ALREADY EXPIRED. THE EVIDENCE WE HAVE WILL SHOW THAT HONORABLE JUDGE OLEN UNDER CONDONES IN THESE PRACTICES THATS DESIGNED TO DETER ANY SELF-REPRE-

SENTATION FROM BEING INVOKED BY ACCUSED DEFENDANTS. OUR EVIDENCE WILL SHOW THAT ACCUSED DEFENDANTS WHO DARE INVOKE SELF-REPRESENTATION IS (A.) INTIMIDATED BY BAILIFFS WITH TAZERS ON SOME OCCASIONS (B.) DENIED SPECIFIC NEEDED LEGAL RESOURCES SUCH AS ADEQUATE WRITING PAPER, INK PENS, POSTAGE TO DRAFT PLEADINGS (C.) TIMELY ACCESS TO [DENIED] EXPERT WITNESSES (D.) DELAYED HEARING OF MOTIONS (E.) OBSTRUCTED FROM RAISING DEFENSES APPLICABLE TO THE LAWS, FACTS, AND CIRCUMSTANCES OF THE CASES (F.) THEN AFTER CONVICTED THE COURT'S AND JAIL'S OFFICIALS BEGIN TO UPSET / OBSTRUCT ALL EFFORTS WE MAKE TO CHALLENGE THE CONVICTIONS.

FINALly

THE APPLICANT WOULD REQUEST THIS COURT TO RECOGNIZE THAT THE CONDUCT DESCRIBED ABOVE CONSTITUTES TO OFFENSES FOR "OFFICIAL OPPRESSION" "ABUSE OF OFFICIAL CAPACITY" AND "CONSPIRACY TO INTERFERE WITH THE CONSTITUTED AUTHORITIES OF THE STATE OF TEXAS.

PRAYER

THE APPLICANT PRAYS THAT THIS COURT
ORDER AS FOLLOWING:

1.) ISSUE A WRIT OF HABEAS CORPUS TO
SHERIFF ADRIAN GARCIA: "HABEAS CORPUS
AD TESTIFICANDUM" INSTRUCTING THE
SHERIFF TO PRODUCE APPLICANT MYSELF
BEFORE THE 351 DISTRICT COURT AT
A SPECIFIC TIME AND ON A SPECIFIC
DATE NAMED IN THE WRIT FOR PURPOSES
OF HAVING A "FARETTA" HEARING.

2.) ISSUE A WRIT OF MANDAMUS TO THE
HONORABLE JUDGE MARK ELLIS INSTRUCT-
ING HIM TO HOLD A FARETTA HEARING
WITH THE APPLICANT AND THEREAFTER
TO AFFORD THE APPLICANT TO FILE AND HAVE
HEARD ALL HIS MOTIONS.

3.) REQUEST THE SUPREME COURT OF TEXAS,
JUSTICE THEREOF, TO ASSIGN A JUDGE
NOT APART OF THIS SECOND JUDICIAL
ADMINISTRATIVE REGION TO RECEIVE
AND HEAR EVIDENCE/ TESTIMONY FROM
THE APPLICANT FOR THE PURPOSES OF
ESTABLISHING THAT PROBABLE CAUSE
EXIST FOR A COURT OF INQUIRY TO
BE CONVENED AS PROVIDED IN VERNON'S
Ann. TEX. C.CR.PROC. CHAPTER 52.01 ET SEQ.

4.) APPLICANT DOES NOT CONSENT TO BEING SURETY

IN THE STATE'S CONSTRUCTIVE TRUST [CASE NUMBER:1446567] CHARGING THE CQV TRUST [CESTUI QUE VIE]: THEREFORE, APPLICANT DEMAND - [PURSUANT TO ARTICLE 11.04 CODE OF CRIMINAL PROCEDURE AND ALL OTHER LAWS APPLICABLE AND JUST HERETO]- THE BOND BE IMMEDIATELY BROUGHT FORWARD SO I CAN SEE WHO WILL INDEMNIFY ME IF I AM FURTHER DAMAGED.

5.) GRANT APPLICANT LEAVE TO FILE AN ECCELSIASTICAL DEED POLL UNDER DIVINE CODEX JURIS CANONICI OF 1983 [ SEE CORPUS JURIS CANONICI].

6.) THE APPLICANT DOESNOT CONSENT TO THE TRIAL COURT'S ADMIRALTY/MARITIME JURISDICTION AND DEMAND COMMON-LAW JURISDICTION. THEREFORE, GRANT APPLICANT LEAVE TO AMEND SO THAT I MAY TERMINATE AND DISSOLVE THE THREE CQV TRUSTS.

7.) GRANT APPLICANT ALL OTHER RELIEFS HE'S LAWFULLY ENTITLED.

SO IT HAS BEEN
SAID SO IT SHALL
BE ENFORCED

* FOOTNOTE: ECCLESIASTICAL

## UNSWORN DECLARATION

THE APPLICANT MYSELF, DAVID LORENZA JOYNER, DECLARE BY PENALTIES FOR PERJURY UNDER THE STATE LAWS OF TEXAS THAT ALL CONTENTS OF THIS APPLICATION FOR WRIT OF HABEAS CORPUS AND INCORPORATED PETITION FOR WRIT OF MANDAMUS IS THE ABSOLUTE TRUTH AND CAN BE SUPPORTED BY DOCUMENT EVIDENCE AND WITNESSES TESTIMONY.

*David L. Joyner*

## CERTIFICATE OF SERVICE

THIS CERTIFIES THAT I MAILED A COPY TRUE AND CORRECT OF THIS PLEADING TO THE HONORABLE JUDGE MARK ELLIS ON THIS: 8TH DAY OF MARCH, 2015

*David Joyner*